# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BROWN, FREDERICK A | § | Case No. 12-10620 |
| BROWN, TINA M | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/MICHAEL G. BERLAND_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-10620 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | BROWN, FREDERICK A | | | Date Filed (f) or Converted (c): | 03/17/12 (f) |
| | BROWN, TINA M | | | 341(a) Meeting Date: | 04/11/12 |
| For Period Ending: | 11/03/14 | | | Claims Bar Date: | 07/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12 Woodridge, Montgomery | 170,000.00 | 0.00 | | 0.00 | FA |
| Foreclosure completed | | | | | |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Old Aurora Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6. IMRF | 0.00 | 0.00 | | 0.00 | FA |
| Asset lsited as unknwn value on schedules | | | | | |
| 7. 401k | 0.00 | 0.00 | | 0.00 | FA |
| Assset lsited as unknown value on schedules | | | | | |
| 8. Personal injury lawsuit | 0.00 | 35,000.00 | | 50,000.00 | FA |
| 9. 2004 dodge Dakota | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Chevrolet | 2,400.00 | 0.00 | | 0.00 | FA |
| 11. Personal injury lawsuit 2 (u) | 0.00 | 35,000.00 | | 50,000.00 | FA |
| Schedules amended after discovery of asset | | | | | |
| 12. 2 computers | 500.00 | 0.00 | | 0.00 | FA |
| 13. Husband loss of consortium | 15,000.00 | 0.00 | | 0.00 | FA |
| Added after second PI case discoverd | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $194,950.00   $70,000.00   $100,000.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee employed special cunsel on a PI case. The Trustee filed 2 Motions To Compromise, both of which were granted.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-10620    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BROWN, FREDERICK A | Date Filed (f) or Converted (c): | 03/17/12 (f) |
| | BROWN, TINA M | 341(a) Meeting Date: | 04/11/12 |
| | | Claims Bar Date: | 07/12/12 |

Initial Projected Date of Final Report (TFR): 12/31/16      Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-10620 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BROWN, FREDERICK A | | Bank Name: | Bank of Kansas City |
| | BROWN, TINA M | | Account Number / CD #: | *******0026 Checking Account |
| Taxpayer ID No: | *******3599 | | | |
| For Period Ending: | 11/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 52,852.23 | | 52,852.23 |
| 10/20/14 | 005001 | Frederick Brown | Payment of debtor's exemption per court order | 8100-002 | | 15,000.00 | 37,852.23 |
| 10/20/14 | 005002 | Speers, Reuland, Cibulskis P.C. | Payment of special counsel attorney fee per court order | 3210-000 | | 11,111.11 | 26,741.12 |
| 10/20/14 | 005003 | Speers, Reuland, Cibulskis P.C. | Payment of special counsel expenses per court order | 3220-000 | | 392.11 | 26,349.01 |
| 10/20/14 | 005004 | Gzry Shilts | Payment of co-cousnel attorney fee per court order | 3210-000 | | 5,555.55 | 20,793.46 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 52,852.23 | 32,058.77 | 20,793.46 |
| Less: Bank Transfers/CD's | 52,852.23 | 0.00 | |
| Subtotal | 0.00 | 32,058.77 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 0.00 | 17,058.77 | |

Page Subtotals 52,852.23 32,058.77

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-10620 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BROWN, FREDERICK A | | Bank Name: | Congressional Bank |
| | BROWN, TINA M | | Account Number / CD #: | *******1026 Checking Account |
| Taxpayer ID No: | *******3599 | | | |
| For Period Ending: | 11/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/14 | 8 | PNC Bank | PI settlement per court order | 1142-000 | 50,000.00 | | 50,000.00 |
| 06/05/14 | 001001 | Speers, Reuland & Cibulskis PC | Payment of special counsel per court order | 3210-000 | | 11,111.11 | 38,888.89 |
| * 06/05/14 | 001002 | Speers, Reuland & Cibulskis PC | Payment of special counsel expenses per court order | | | 1,278.53 | 37,610.36 |
| | | | Fees     0.18 | 3210-003 | | | |
| | | | Expenses     1,278.35 | 3220-003 | | | |
| * 06/05/14 | 001002 | Speers, Reuland & Cibulskis PC | Payment of special counsel expenses Typoraphical error | | | -1,278.53 | 38,888.89 |
| | | | Fees     (    0.18 ) | 3210-003 | | | |
| | | | Expenses     (  1,278.35 ) | 3220-003 | | | |
| 06/05/14 | 001003 | Speers, Reuland & Cibulskis P.C | Payment fo special counsel expenses per court order | 3220-000 | | 1,278.35 | 37,610.54 |
| 06/05/14 | 001004 | Gary Shilts | Payment fo special counsel attorney fee per court order | 3210-000 | | 5,555.55 | 32,054.99 |
| 06/05/14 | 001005 | Tina Brown | Payment of PI exemption per court order | 8100-000 | | 15,000.00 | 17,054.99 |
| 06/05/14 | 001006 | Rush Copley | Payment of lien per court order | 4210-000 | | 2,415.00 | 14,639.99 |
| 06/05/14 | 001007 | Provena Mercy | Payment of lien per court roder | 4210-000 | | 4,368.40 | 10,271.59 |
| 06/05/14 | 001008 | Dryer Clinic | Payment of lien per court order | 4210-000 | | 4,155.92 | 6,115.67 |
| 06/05/14 | 001009 | Aurora Emergency Associates | Payment of lien per court order | 4210-000 | | 269.50 | 5,846.17 |
| 06/05/14 | 001010 | Blue Cross Blue Shield | Payment of lien per court order | 4210-000 | | 2,262.42 | 3,583.75 |
| 06/05/14 | 001011 | Health Care & Family Services | Payment of lien  per court order | 4210-000 | | 551.56 | 3,032.19 |
| 06/05/14 | 001012 | Becker Family Medicine SC | Payment of lien per court order | 4210-000 | | 145.00 | 2,887.19 |
| 07/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 14.96 | 2,872.23 |
| 08/05/14 | | CONGRESSIONAL bANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,862.23 |
| 09/04/14 | | Congressional bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,852.23 |
| * 10/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-003 | | 10.00 | 2,842.23 |
| | | | Page Subtotals | | 50,000.00 | 47,157.77 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.03a

FORM 2

Page: 3
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-10620 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BROWN, FREDERICK A | | Bank Name: | Congressional Bank |
| | BROWN, TINA M | | Account Number / CD #: | *******1026 Checking Account |
| Taxpayer ID No: | *******3599 | | | |
| For Period Ending: | 11/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/13/14 | 11 | Speers Reuland & Cibulskis P.C. | settlement of PI lawsuit 2 | 1242-000 | 50,000.00 | | 52,842.23 |
| * 10/17/14 | | Reverses Adjustment OUT on 10/03/14 | BANK SERVICE FEE | 2600-003 | | -10.00 | 52,852.23 |
| 10/20/14 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 52,852.23 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 100,000.00 | 100,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 52,852.23 | |
| Subtotal | 100,000.00 | 47,147.77 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 100,000.00 | 32,147.77 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0026 | 0.00 | 17,058.77 | 20,793.46 |
| Checking Account - ********1026 | 100,000.00 | 32,147.77 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 100,000.00 | 49,206.54 | 20,793.46 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  50,000.00  52,842.23

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 03, 2014 |
|---|---|---|---|---|---|---|

Case Number:  12-10620  
Debtor Name:  BROWN, FREDERICK A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Michael Berland | Administrative | | $6,750.00 | $0.00 | $6,750.00 |
| 15<br>001<br>3210-00 | Speers, Reuland & Cibulskis | Administrative | | $11,111.11 | $11,111.11 | $0.00 |
| 16<br>001<br>3210-00 | Speers,Reuland & Cibulskis | Administrative | | $11,111.11 | $11,111.11 | $0.00 |
| 17<br>001<br>3220-61 | Speers, Reuland & Cibulskis | Administrative | | $1,278.35 | $1,278.35 | $0.00 |
| 18<br>001<br>3210-00 | Gary Shilts | Administrative | | $5,555.55 | $5,555.55 | $0.00 |
| 19<br>001<br>3210-00 | Gary Shilts | Administrative | | $5,555.55 | $5,555.55 | $0.00 |
| 28<br>001<br>3220-00 | Speers, Reuland & Cibulskis | Administrative | | $392.11 | $392.11 | $0.00 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $978.05 | $0.00 | $978.05 |
| 000002<br>070<br>7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $81.17 | $0.00 | $81.17 |
| 000003<br>070<br>7100-00 | National Education Servicing LLC<br>200 W Monroe St Ste 700<br>Chicago, IL 60606 | Unsecured | | $2,130.91 | $0.00 | $2,130.91 |
| 000004<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $1,407.45 | $0.00 | $1,407.45 |
| 000005<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Beneficial Illinois Inc.<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $16,357.40 | $0.00 | $16,357.40 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 03, 2014 |

Case Number: 12-10620  
Debtor Name: BROWN, FREDERICK A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000006<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o S&h Greenpoints<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $2,152.29 | $0.00 | $2,152.29 |
| 000007<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Sams Club<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | | $611.19 | $0.00 | $611.19 |
| 000008<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $1,347.09 | $0.00 | $1,347.09 |
| 000009<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $1,090.65 | $0.00 | $1,090.65 |
| 000010<br>070<br>7100-00 | Sallie Mae<br>C/O Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre PA 18706 | Unsecured | | $5,210.99 | $0.00 | $5,210.99 |
| 000011<br>070<br>7100-00 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $2,427.92 | $0.00 | $2,427.92 |
| 000012<br>070<br>7100-00 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $1,643.79 | $0.00 | $1,643.79 |
| 000013<br>070<br>7100-00 | CitiFinancial, Inc<br>P.O. Box 6042<br>Sioux Falls, SD 57117-6042 | Unsecured | | $10,267.24 | $0.00 | $10,267.24 |
| 14<br>999<br>8100-00 | Tina Brown | Unsecured | | $15,000.00 | $15,000.00 | $0.00 |
| 27<br>999<br>8100-00 | Frederick Brown | Unsecured | | $15,000.00 | $15,000.00 | $0.00 |
| 20<br>050<br>4210-00 | Rush Copley | Secured | | $2,415.00 | $2,415.00 | $0.00 |
| 21<br>050<br>4210-00 | Provena Mercy | Secured | | $4,368.40 | $4,368.40 | $0.00 |

Page 3

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: November 03, 2014

Case Number: 12-10620
Debtor Name: BROWN, FREDERICK A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 050 4210-00 | Dryer Clinic | Secured | | $4,155.92 | $4,155.92 | $0.00 |
| 23 050 4210-00 | Aurora Emergency Associates | Secured | | $269.50 | $269.50 | $0.00 |
| 24 050 4210-00 | Blue Cross Blue Shield | Secured | | $2,262.42 | $2,262.42 | $0.00 |
| 26 050 4210-00 | Becker family Medcine | Secured | | $145.00 | $145.00 | $0.00 |
| HEALTH 050 4210-00 | Helath Care & Family Services | Secured | | $551.56 | $551.56 | $0.00 |
| | Case Totals: | | | $131,627.72 | $79,171.58 | $52,456.14 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-10620
Case Name: BROWN, FREDERICK A
           BROWN, TINA M
Trustee Name: MICHAEL G. BERLAND

Balance on hand      $ _____

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 20 | Rush Copley | $ | $ | $ | $ |
| 21 | Provena Mercy | $ | $ | $ | $ |
| 22 | Dryer Clinic | $ | $ | $ | $ |
| 23 | Aurora Emergency Associates | $ | $ | $ | $ |
| 24 | Blue Cross Blue Shield | $ | $ | $ | $ |
| HEALTH CAR | Helath Care & Family Services | $ | $ | $ | $ |
| 26 | Becker family Medcine | $ | $ | $ | $ |

Total to be paid to secured creditors     $ _____

Remaining Balance     $ _____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Attorney for Trustee Fees: Speers, Reuland & Cibulskis | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Speers, Reuland & Cibulskis | $ | $ | $ |
| Other: Speers,Reuland & Cibulskis | $ | $ | $ |
| Other: Gary Shilts | $ | $ | $ |
| Other: Gary Shilts | $ | $ | $ |
| Other: Speers, Reuland & Cibulskis | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                              $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000002 | Portfolio Investments II LLC | $ | $ | $ |
| 000003 | National Education Servicing LLC | $ | $ | $ |
| 000004 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000005 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000006 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000007 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000008 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000009 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000010 | Sallie Mae | $ | $ | $ |
| 000011 | Dell Financial Services, LLC | $ | $ | $ |
| 000012 | Dell Financial Services, LLC | $ | $ | $ |
| 000013 | CitiFinancial, Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be   percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE