UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BROWN, FREDERICK A | § | Case No. 12-10620 BL |
| BROWN, TINA M | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 01/09/2015 in Courtroom ,
          Joliet City Hall
          150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/17/2014           By: /s/ Michael G. Berland
                                                                  Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
　　　　　　　　　　　　　　§
BROWN, FREDERICK A § Case No. 12-10620 BL
BROWN, TINA M §
　　　　　　　　　　　　　　§
　　　　　　Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 79,206.54 |
| leaving a balance on hand of[1] | $ | 20,793.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 20 | Rush Copley | $ 2,415.00 | $ 2,415.00 | $ 2,415.00 | $ 0.00 |
| 21 | Provena Mercy | $ 4,368.40 | $ 4,368.40 | $ 4,368.40 | $ 0.00 |
| 22 | Dryer Clinic | $ 4,155.92 | $ 4,155.92 | $ 4,155.92 | $ 0.00 |
| 23 | Aurora Emergency Associates | $ 269.50 | $ 269.50 | $ 269.50 | $ 0.00 |
| 24 | Blue Cross Blue Shield | $ 2,262.42 | $ 2,262.42 | $ 2,262.42 | $ 0.00 |
| HEALTH CAR | Helath Care & Family Services | $ 551.56 | $ 551.56 | $ 551.56 | $ 0.00 |
| 26 | Becker family Medcine | $ 145.00 | $ 145.00 | $ 145.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 20,793.46 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 6,750.00 | $ 0.00 | $ 6,750.00 |
| Attorney for Trustee Fees: Speers, Reuland & Cibulskis | $ 11,111.11 | $ 11,111.11 | $ 0.00 |
| Other: Speers, Reuland & Cibulskis | $ 1,278.35 | $ 1,278.35 | $ 0.00 |
| Other: Speers,Reuland & Cibulskis | $ 11,111.11 | $ 11,111.11 | $ 0.00 |
| Other: Gary Shilts | $ 5,555.55 | $ 5,555.55 | $ 0.00 |
| Other: Gary Shilts | $ 5,555.55 | $ 5,555.55 | $ 0.00 |
| Other: Speers, Reuland & Cibulskis | $ 392.11 | $ 392.11 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses           $           6,750.00

Remaining Balance                                                                           $         14,043.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,706.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 978.05 | $ 0.00 | $ 300.51 |
| 000002 | Portfolio Investments II LLC | $ 81.17 | $ 0.00 | $ 24.94 |
| 000003 | National Education Servicing LLC | $ 2,130.91 | $ 0.00 | $ 654.73 |
| 000004 | Portfolio Recovery Associates, LLC | $ 1,407.45 | $ 0.00 | $ 432.45 |
| 000005 | Portfolio Recovery Associates, LLC | $ 16,357.40 | $ 0.00 | $ 5,025.90 |
| 000006 | Portfolio Recovery Associates, LLC | $ 2,152.29 | $ 0.00 | $ 661.30 |
| 000007 | Portfolio Recovery Associates, LLC | $ 611.19 | $ 0.00 | $ 187.79 |
| 000008 | Portfolio Recovery Associates, LLC | $ 1,347.09 | $ 0.00 | $ 413.90 |
| 000009 | Portfolio Recovery Associates, LLC | $ 1,090.65 | $ 0.00 | $ 335.11 |
| 000010 | Sallie Mae | $ 5,210.99 | $ 0.00 | $ 1,601.11 |
| 000011 | Dell Financial Services, LLC | $ 2,427.92 | $ 0.00 | $ 745.99 |
| 000012 | Dell Financial Services, LLC | $ 1,643.79 | $ 0.00 | $ 505.06 |
| 000013 | CitiFinancial, Inc | $ 10,267.24 | $ 0.00 | $ 3,154.67 |

Total to be paid to timely general unsecured creditors     $     14,043.46

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                        NONE

                    Prepared By: /s/ Michael G. Berland
                                        Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 12-10620-BWB
Frederick A Brown                                                      Chapter 7
Tina M Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 2              Date Rcvd: Nov 18, 2014
                              Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2014.
```
db/jdb        +Frederick A Brown,    Tina M Brown,    167 Century Dr,    Oswego, IL 60543-8819
18638788      +Beneficial/Hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
18638789     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18844334       Capital One Bank (USA), N.A.,    by American InfoSource LP,    PO Box 71083,
               Charlotte, NC  28272-1083
18638793      +Cit Bank/Dell Financial Svce,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1725
18638794      +Cit Bank/Dell Financial Svcs,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1725
19349608       CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
18638795      +Citifinancial,    Po Box 499,    Hanover, MD 21076-0499
19070741     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
18638796      +Dreyer Medical,    1870 West Galena Blvd,    Aurora, IL 60506-4387
18638801      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18638805      +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
18638806      +National Education Servicing LLC,    200 W Monroe St Ste 700,    Chicago, IL 60606-5057
18638807      +Nes/Idap,    200 W Monroe St Ste 700,    Chicago, IL 60606-5057
18638810     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    Box 12914,
               Norfolk, VA 23541)
18638809      +Plain Green,    93 Mack Road, Ste 600,    P. O. Box 255,    Box Elder, MT 59521-0255
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18638797      +E-mail/Text: bknotice@erccollections.com Nov 19 2014 01:44:39     Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18854764       E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2014 11:30:00     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18638798       E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2014 11:30:00     Gemb/Jcp,    Po Box 984100,
               El Paso, TX 79998
18638799      +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2014 02:03:33     Gemb/Sams Club,    Po Box 981400,
               El Paso, TX 79998-1400
18638808      +E-mail/Text: mmrgbk@miramedrg.com Nov 19 2014 01:44:38     Pellettieri,    991 Oak Creek Dr,
               Lombard, IL 60148-6408
20354285       E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2014 11:30:00     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
20354302       E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2014 11:30:00
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
18638816      +E-mail/PDF: pa_dc_claims@navient.com Nov 19 2014 02:00:58     Sallie Mae,    1002 Arthur Dr,
               Lynn Haven, FL 32444-1683
18997932      +E-mail/PDF: pa_dc_claims@navient.com Nov 19 2014 01:57:55     Sallie Mae,    C/O Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre PA 18706-1496
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18638790*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18638791*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18638792*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18638802*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18638803*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18638804*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18638811*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    Box 12914,
               Norfolk, VA 23541)
18638812*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    Box 12914,
               Norfolk, VA 23541)
18638813*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    Box 12914,
               Norfolk, VA 23541)
18638814*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    Box 12914,
               Norfolk, VA 23541)
18638815*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    Box 12914,
               Norfolk, VA 23541)
```

```
District/off: 0752-1            User: cgreen                Page 2 of 2              Date Rcvd: Nov 18, 2014
                                Form ID: pdf006             Total Noticed: 25

              ***** BYPASSED RECIPIENTS (continued) *****
18897449*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Beneficial Illinois Inc.,
                 POB 41067,    Norfolk VA 23541)
18897445*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Orchard Bank,   POB 41067,
                 Norfolk VA 23541)
18897451*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    c/o S&h Greenpoints,
                 POB 41067,    Norfolk VA 23541)
18915224*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Sams Club,   PO Box 41067,
                 Norfolk VA 23541)
18638800     ##+Hfc,   Po Box 1547,   Chesapeake, VA 23327-1547
                                                                                            TOTALS: 0, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2014 at the address(es) listed below:
          Gary L Shilts    on behalf of Debtor Frederick A Brown gshilts@earthlink.net
          Gary L Shilts    on behalf of Joint Debtor Tina M Brown gshilts@earthlink.net
          Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
           IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                           TOTAL: 5
```