# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
BROWN, FREDERICK A § Case No. 12-10620
BROWN, TINA M §
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 187,600.00 *(Without deducting any secured claims)* | Assets Exempt: 37,350.00 |
| Total Distributions to Claimants:  28,211.26 | Claims Discharged Without Payment:  63,070.77 |
| Total Expenses of Administration:  41,788.74 | |

3) Total gross receipts of $ 100,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00  (see **Exhibit 2**), yielded net receipts of $ 70,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 14,167.80 | $ 28,335.60 | $ 28,335.60 | $ 14,167.80 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 76,792.52 | 76,792.52 | 41,788.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,349.00 | 45,706.14 | 43,575.23 | 14,043.46 |
| **TOTAL DISBURSEMENTS** | $ 69,516.80 | $ 150,834.26 | $ 148,703.35 | $ 70,000.00 |

    4) This case was originally filed under chapter 7 on 03/17/2012 . The case was pending for 40 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2015    By: /s/MICHAEL G. BERLAND
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury lawsuit | 1142-000 | 50,000.00 |
| Personal injury lawsuit 2 | 1242-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tina Brown | Exemptions | 8100-000 | 15,000.00 |
| Frederick Brown | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AURORA EMERGENCY ASSOCIATES | 4210-000 | NA | 269.50 | 269.50 | 269.50 |
| 23 | AURORA EMERGENCY ASSOCIATES | 4210-000 | 269.50 | 269.50 | 269.50 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COPLEY, RUSH | 4210-000 | NA | 2,415.00 | 2,415.00 | 2,415.00 |
| 20 | COPLEY, RUSH | 4210-000 | 2,415.00 | 2,415.00 | 2,415.00 | 0.00 |
| | DRYER CLINIC | 4210-000 | NA | 4,155.92 | 4,155.92 | 4,155.92 |
| 22 | DRYER CLINIC | 4210-000 | 4,155.92 | 4,155.92 | 4,155.92 | 0.00 |
| | HEALTH CARE & FAMILY SERVICES | 4210-000 | NA | 551.56 | 551.56 | 551.56 |
| HEALTH CAR | HELATH CARE & FAMILY SERVICES | 4210-000 | 551.56 | 551.56 | 551.56 | 0.00 |
| 26 | MEDCINE, BECKER FAMILY | 4210-000 | 145.00 | 145.00 | 145.00 | 0.00 |
| | MERCY, PROVENA | 4210-000 | NA | 4,368.40 | 4,368.40 | 4,368.40 |
| 21 | MERCY, PROVENA | 4210-000 | 4,368.40 | 4,368.40 | 4,368.40 | 0.00 |
| | SC, BECKER FAMILY MEDICINE | 4210-000 | NA | 145.00 | 145.00 | 145.00 |
| | SHIELD, BLUE CROSS BLUE | 4210-000 | NA | 2,262.42 | 2,262.42 | 2,262.42 |
| 24 | SHIELD, BLUE CROSS BLUE | 4210-000 | 2,262.42 | 2,262.42 | 2,262.42 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 14,167.80 | $ 28,335.60 | $ 28,335.60 | $ 14,167.80 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERLAND, MICHAEL | 2100-000 | NA | 6,750.00 | 6,750.00 | 6,750.00 |
| CONGRESSIONAL BANK | 2600-000 | NA | 34.96 | 34.96 | 34.96 |
| SHILTS, GARY | 3210-000 | NA | 16,666.65 | 16,666.65 | 5,555.55 |
| SHILTS, GZRY | 3210-000 | NA | 5,555.55 | 5,555.55 | 5,555.55 |
| SPEERS, REULAND & CIBULSKIS | 3210-000 | NA | 22,222.22 | 22,222.22 | 11,111.11 |
| SPEERS, REULAND, CIBULSKIS P.C. | 3210-000 | NA | 11,111.11 | 11,111.11 | 11,111.11 |
| SPEERS,REULAND & CIBULSKIS | 3210-000 | NA | 11,111.11 | 11,111.11 | 0.00 |
| SPEERS, REULAND & CIBULSKIS | 3220-000 | NA | 392.11 | 392.11 | 0.00 |
| SPEERS, REULAND & CIBULSKIS P.C | 3220-000 | NA | 1,278.35 | 1,278.35 | 1,278.35 |
| SPEERS, REULAND, CIBULSKIS P.C. | 3220-000 | NA | 392.11 | 392.11 | 392.11 |
| SPEERS, REULAND & CIBULSKIS | 3220-610 | NA | 1,278.35 | 1,278.35 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 76,792.52 | $ 76,792.52 | $ 41,788.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beneficial/Hfc Po Box 1547 Chesapeake, VA 23327 | | 16,430.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 1,326.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 1,304.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 859.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dreyer Medical 1870 West Galena Blvd Aurora, IL 60506 | | 1,100.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | 89.00 | NA | NA | 0.00 |
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | 251.00 | NA | NA | 0.00 |
| | Gemb/Sams Club Po Box 981400 El Paso, TX 79998 | | 611.00 | NA | NA | 0.00 |
| | Hfc Po Box 1547 Chesapeake, VA 23327 | | 100.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 2,106.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 1,373.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 1,294.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 1,073.00 | NA | NA | 0.00 |
| | Kca Financial Svcs 628 North St Geneva, IL 60134 | | 473.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nes/Idap 200 W Monroe St Ste 700 Chicago, IL 60606 | | 4,500.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 50.00 | NA | NA | 0.00 |
| | Plain Green 93 Mack Road, Ste 600 P. O. Box 255 Box Elder, MT 59521 | | 600.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,017.00 | 978.05 | 978.05 | 315.20 |
| 000013 | CITIFINANCIAL, INC | 7100-000 | 10,267.00 | 10,267.24 | 10,267.24 | 3,308.94 |
| 000011 | DELL FINANCIAL SERVICES, LLC | 7100-000 | 2,402.00 | 2,427.92 | 2,427.92 | 782.48 |
| 000012 | DELL FINANCIAL SERVICES, LLC | 7100-000 | 1,655.00 | 1,643.79 | 1,643.79 | 529.76 |
| 000003 | NATIONAL EDUCATION SERVICING LLC | 7100-000 | 1,969.00 | 2,130.91 | 0.00 | 0.00 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,407.45 | 1,407.45 | 453.59 |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 16,357.40 | 16,357.40 | 5,271.68 |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 2,152.29 | 2,152.29 | 693.64 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 611.19 | 611.19 | 196.97 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,347.09 | 1,347.09 | 434.14 |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,090.65 | 1,090.65 | 351.50 |
| 000010 | SALLIE MAE | 7100-000 | 4,500.00 | 5,210.99 | 5,210.99 | 1,679.40 |
| 000002 | PORTFOLIO INVESTMENTS II LLC | 7100-001 | NA | 81.17 | 81.17 | 26.16 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 55,349.00 | $ 45,706.14 | $ 43,575.23 | $ 14,043.46 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 12-10620 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BROWN, FREDERICK A | Date Filed (f) or Converted (c): | 03/17/12 (f) |
| | BROWN, TINA M | 341(a) Meeting Date: | 04/11/12 |
| For Period Ending: | 07/07/15 | Claims Bar Date: | 07/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12 Woodridge, Montgomery  Foreclosure completed | 170,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Old Aurora Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6. IMRF  Asset lsited as unknwn value on schedules | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401k  Assset lsited as unknown value on schedules | 0.00 | 0.00 | | 0.00 | FA |
| 8. Personal injury lawsuit | 0.00 | 35,000.00 | | 50,000.00 | FA |
| 9. 2004 dodge Dakota | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Chevrolet | 2,400.00 | 0.00 | | 0.00 | FA |
| 11. Personal injury lawsuit 2 (u)  Schedules amended after discovery of asset | 0.00 | 35,000.00 | | 50,000.00 | FA |
| 12. 2 computers | 500.00 | 0.00 | | 0.00 | FA |
| 13. Husband loss of consortium  Added after second PI case discoverd | 15,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $194,950.00 | $70,000.00 | | $100,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee employed special cunsel on a PI case. The Trustee filed 2 Motions To Compromise, both of which were granted.

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-10620 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BROWN, FREDERICK A | Date Filed (f) or Converted (c): | 03/17/12 (f) |
| | BROWN, TINA M | 341(a) Meeting Date: | 04/11/12 |
| | | Claims Bar Date: | 07/12/12 |

The Trustee's fnal report has been filed with the court and is set for hearing on Juanuary 9, 2015.

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-10620 -BL |
| Case Name: | BROWN, FREDERICK A |
| | BROWN, TINA M |
| Taxpayer ID No: | *******3599 |
| For Period Ending: | 07/07/15 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******0026  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 52,852.23 | | 52,852.23 |
| 10/20/14 | 005001 | Frederick Brown | Payment of debtor's exemption per court order | 8100-002 | | 15,000.00 | 37,852.23 |
| 10/20/14 | 005002 | Speers, Reuland, Cibulskis P.C. | Payment of special counsel attorney fee per court order | 3210-000 | | 11,111.11 | 26,741.12 |
| 10/20/14 | 005003 | Speers, Reuland, Cibulskis P.C. | Payment of special counsel expenses per court order | 3220-000 | | 392.11 | 26,349.01 |
| 10/20/14 | 005004 | Gzry Shilts | Payment of co-cousnel attorney fee per court order | 3210-000 | | 5,555.55 | 20,793.46 |
| 01/12/15 | 005005 | Michael Berland | Trustee Compensation | 2100-000 | | 6,750.00 | 14,043.46 |
| 01/12/15 | 005006 | Capital One Bank (USA), N.A. by American InfoSource LP PO Box 71083 Charlotte, NC 28272-1083 | Claim 000001, Payment 30.72542% | 7100-000 | | 300.51 | 13,742.95 |
| 01/12/15 | 005007 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Claim 000002, Payment 30.72564% | 7100-000 | | 24.94 | 13,718.01 |
| * 01/12/15 | 005008 | National Education Servicing LLC 200 W Monroe St Ste 700 Chicago, IL 60606 | Claim 000003, Payment 30.72537% | 7100-004 | | 654.73 | 13,063.28 |
| * 01/12/15 | 005008 | National Education Servicing LLC 200 W Monroe St Ste 700 Chicago, IL 60606 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -654.73 | 13,718.01 |
| 01/12/15 | 005009 | Portfolio Recovery Associates, LLC c/o Orchard Bank POB 41067 Norfolk VA 23541 | Claim 000004, Payment 30.72578% | 7100-000 | | 432.45 | 13,285.56 |
| | | | | Page Subtotals | 52,852.23 | 39,566.67 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-10620 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BROWN, FREDERICK A | | Bank Name: | Bank of Kansas City |
| | BROWN, TINA M | | Account Number / CD #: | *******0026 Checking Account |
| Taxpayer ID No: | *******3599 | | | |
| For Period Ending: | 07/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/12/15 | 005010 | Portfolio Recovery Associates, LLC<br>c/o Beneficial Illinois Inc.<br>POB 41067<br>Norfolk VA 23541 | Claim 000005, Payment 30.72554% | 7100-000 | | 5,025.90 | 8,259.66 |
| 01/12/15 | 005011 | Portfolio Recovery Associates, LLC<br>c/o S&h Greenpoints<br>POB 41067<br>Norfolk VA 23541 | Claim 000006, Payment 30.72541% | 7100-000 | | 661.30 | 7,598.36 |
| 01/12/15 | 005012 | Portfolio Recovery Associates, LLC<br>c/o Sams Club<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000007, Payment 30.72531% | 7100-000 | | 187.79 | 7,410.57 |
| 01/12/15 | 005013 | Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 | Claim 000008, Payment 30.72549% | 7100-000 | | 413.90 | 6,996.67 |
| 01/12/15 | 005014 | Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 | Claim 000009, Payment 30.72571% | 7100-000 | | 335.11 | 6,661.56 |
| 01/12/15 | 005015 | Sallie Mae<br>C/O Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre PA 18706 | Claim 000010, Payment 30.72564% | 7100-000 | | 1,601.11 | 5,060.45 |
| 01/12/15 | 005016 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000011, Payment 30.72548% | 7100-000 | | 745.99 | 4,314.46 |
| 01/12/15 | 005017 | Dell Financial Services, LLC<br>Resurgent Capital Services | Claim 000012, Payment 30.72534% | 7100-000 | | 505.06 | 3,809.40 |

Page Subtotals       0.00       9,476.16

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-10620 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BROWN, FREDERICK A | | Bank Name: | Bank of Kansas City |
| | BROWN, TINA M | | Account Number / CD #: | *******0026 Checking Account |
| Taxpayer ID No: | *******3599 | | | |
| For Period Ending: | 07/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 10390 Greenville, SC 29603-0390 | | | | | |
| 01/12/15 | 005018 | CitiFinancial, Inc P.O. Box 6042 Sioux Falls, SD 57117-6042 | Claim 000013, Payment 30.72559% | 7100-000 | | 3,154.67 | 654.73 |
| 06/02/15 | 005019 | Capital One Bank (USA), N.A. by American InfoSource LP PO Box 71083 Charlotte, NC 28272-1083 | Claim 000001, Payment 1.50197% | 7100-000 | | 14.69 | 640.04 |
| 06/02/15 | 005020 | Portfolio Recovery Associates, LLC c/o Orchard Bank POB 41067 Norfolk VA 23541 | Claim 000004, Payment 1.50201% | 7100-000 | | 21.14 | 618.90 |
| 06/02/15 | 005021 | Portfolio Recovery Associates, LLC c/o Beneficial Illinois Inc. POB 41067 Norfolk VA 23541 | Claim 000005, Payment 1.50256% | 7100-000 | | 245.78 | 373.12 |
| 06/02/15 | 005022 | Portfolio Recovery Associates, LLC c/o S&h Greenpoints POB 41067 Norfolk VA 23541 | Claim 000006, Payment 1.50259% | 7100-000 | | 32.34 | 340.78 |
| 06/02/15 | 005023 | Portfolio Recovery Associates, LLC c/o Sams Club PO Box 41067 Norfolk VA 23541 | Claim 000007, Payment 1.50199% | 7100-000 | | 9.18 | 331.60 |
| 06/02/15 | 005024 | Portfolio Recovery Associates, LLC c/o Orchard Bank POB 41067 Norfolk VA 23541 | Claim 000008, Payment 1.50250% | 7100-000 | | 20.24 | 311.36 |
| 06/02/15 | 005025 | Portfolio Recovery Associates, LLC | Claim 000009, Payment 1.50277% | 7100-000 | | 16.39 | 294.97 |

Page Subtotals 0.00 3,514.43

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-10620 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BROWN, FREDERICK A | Bank Name: | Bank of Kansas City |
| | BROWN, TINA M | Account Number / CD #: | *******0026  Checking Account |
| Taxpayer ID No: | *******3599 | | |
| For Period Ending: | 07/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/02/15 | 005026 | Sallie Mae<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541<br>C/O Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre PA 18706 | Claim 000010, Payment 1.50240% | 7100-000 | | 78.29 | 216.68 |
| 06/02/15 | 005027 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000011, Payment 1.50293% | 7100-000 | | 36.49 | 180.19 |
| 06/02/15 | 005028 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000012, Payment 1.50263% | 7100-000 | | 24.70 | 155.49 |
| 06/02/15 | 005029 | CitiFinancial, Inc<br>P.O. Box 6042<br>Sioux Falls, SD 57117-6042 | Claim 000013, Payment 1.50255% | 7100-000 | | 154.27 | 1.22 |
| 06/02/15 | 005030 | CLERK OF THE COURT<br>219 S. Dearborn<br>Chicago, IL | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #     DIVIDEND<br>================================<br>2          000002          1.22 | 7100-001 | | 1.22 | 0.00 |

Page Subtotals        0.00        294.97

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-10620 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BROWN, FREDERICK A | | Bank Name: | Bank of Kansas City |
| | BROWN, TINA M | | Account Number / CD #: | *******0026 Checking Account |
| Taxpayer ID No: | *******3599 | | | |
| For Period Ending: | 07/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 52,852.23 | 52,852.23 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 52,852.23 | 0.00 | |
| | | | Subtotal | | 0.00 | 52,852.23 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 0.00 | 37,852.23 | |

Page Subtotals        0.00        0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-10620 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BROWN, FREDERICK A | | Bank Name: | Congressional Bank |
| | BROWN, TINA M | | Account Number / CD #: | *******1026 Checking Account |
| Taxpayer ID No: | *******3599 | | | |
| For Period Ending: | 07/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/14 | 8 | PNC Bank | PI settlement per court order | 1142-000 | 50,000.00 | | 50,000.00 |
| 06/05/14 | 001001 | Speers, Reuland & Cibulskis PC | Payment of special counsel per court order | 3210-000 | | 11,111.11 | 38,888.89 |
| * 06/05/14 | 001002 | Speers, Reuland & Cibulskis PC | Payment of special counsel expenses per court order | | | 1,278.53 | 37,610.36 |
| | | | Fees         0.18 | 3210-003 | | | |
| | | | Expenses    1,278.35 | 3220-003 | | | |
| * 06/05/14 | 001002 | Speers, Reuland & Cibulskis PC | Payment of special counsel expenses Typoraphical error | | | -1,278.53 | 38,888.89 |
| | | | Fees         (    0.18 ) | 3210-003 | | | |
| | | | Expenses    ( 1,278.35 ) | 3220-003 | | | |
| 06/05/14 | 001003 | Speers, Reuland & Cibulskis P.C | Payment fo special counsel expenses per court order | 3220-000 | | 1,278.35 | 37,610.54 |
| 06/05/14 | 001004 | Gary Shilts | Payment fo special counsel attorney fee per court order | 3210-000 | | 5,555.55 | 32,054.99 |
| 06/05/14 | 001005 | Tina Brown | Payment of PI exemption per court order | 8100-000 | | 15,000.00 | 17,054.99 |
| 06/05/14 | 001006 | Rush Copley | Payment of lien per court order | 4210-000 | | 2,415.00 | 14,639.99 |
| 06/05/14 | 001007 | Provena Mercy | Payment of lien per court roder | 4210-000 | | 4,368.40 | 10,271.59 |
| 06/05/14 | 001008 | Dryer Clinic | Payment of lien per court order | 4210-000 | | 4,155.92 | 6,115.67 |
| 06/05/14 | 001009 | Aurora Emergency Associates | Payment of lien per court order | 4210-000 | | 269.50 | 5,846.17 |
| 06/05/14 | 001010 | Blue Cross Blue Shield | Payment of lien per court order | 4210-000 | | 2,262.42 | 3,583.75 |
| 06/05/14 | 001011 | Health Care & Family Services | Payment of lien  per court order | 4210-000 | | 551.56 | 3,032.19 |
| 06/05/14 | 001012 | Becker Family Medicine SC | Payment of lien per court order | 4210-000 | | 145.00 | 2,887.19 |
| 07/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 14.96 | 2,872.23 |
| 08/05/14 | | CONGRESSIONAL bANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,862.23 |
| 09/04/14 | | Congressional bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,852.23 |
| * 10/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-003 | | 10.00 | 2,842.23 |

Page Subtotals      50,000.00      47,157.77

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

Page: 7

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-10620 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BROWN, FREDERICK A | | Bank Name: | Congressional Bank |
| | BROWN, TINA M | | Account Number / CD #: | *******1026 Checking Account |
| Taxpayer ID No: | *******3599 | | | |
| For Period Ending: | 07/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/13/14 | 11 | Speers Reuland & Cibulskis P.C. | settlement of PI lawsuit 2 | 1242-000 | 50,000.00 | | 52,842.23 |
| * 10/17/14 | | Reverses Adjustment OUT on 10/03/14 | BANK SERVICE FEE | 2600-003 | | -10.00 | 52,852.23 |
| 10/20/14 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 52,852.23 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 100,000.00 | 100,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 52,852.23 | |
| Subtotal | 100,000.00 | 47,147.77 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 100,000.00 | 32,147.77 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0026 | 0.00 | 37,852.23 | 0.00 |
| Checking Account - ********1026 | 100,000.00 | 32,147.77 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 100,000.00 | 70,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  50,000.00  52,842.23

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*